# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128893

FARMERS INSURANCE GROUP,
     Plaintiff-Appellant,

v

                             SC: 128893
                             COA: 252488
                             Ct of Claims: 02-000229-MM

DEPARTMENT OF NATURAL RESOURCES,
     Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006                                               
p0125                                                        Clerk